# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARK HILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1791

_____

June 12, 2026

Appeal from the County Court for Hillsborough County; Monique M. Scott, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.